# United States Court of Appeals
## For the First Circuit

No. 07-2631

UNITED STATES,

Petitioner, Appellant,

v.

TEXTRON INC. AND SUBSIDIARIES,

Respondent, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on August 13, 2009 is amended as follows:

On page 26, line 13: replace 13 with 14

On page 28, line 10: replace 18 with 19

On page 28, footnote 11, line 8: replace 18 with 19

On page 31, line 16: replace 19 with 20

On page 34, line 3: replace 21 with 22

On page 34, line 19: replace Id. with Adlman, 134 F.3d

On page 35, line 23: replace 22-23 with 23-24

On page 37, line 1: replace 21 with 22

On page 37, line 4: replace Maj Op. with id.

On page 37, line 4: replace 2-3 with 3-4

On page 41, line 29: replace 12-13 with 13-14

On page 42, line 2: replace 20 with 21

On page 42, line 18: replace 13 with 14

On page 43, line 16: replace 9 with 10

On page 43, line 24: replace 16 with 17

On page 43, line 24: replace Maj. Op. with <u>Id.</u>